

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER TURNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-CV-625-A |
| | § | |
| CVS PHARMACY, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION TO REMAND

Before the Court is Plaintiff Jennifer Turner's Motion to Remand ("Motion"). Upon consideration of the Motion, Defendant's Response to the Motion, and any reply thereto, the Court finds that the Motion should be, granted in part and denied in part. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand is hereby **GRANTED in part and DENIED in part** as follows:

Plaintiff's Motion is **GRANTED** as to Plaintiff's claim under Texas Labor Code Section 451. As such, the Court **ORDERS** that Plaintiff's claim under Texas Labor Code Section 451 be severed from the above-styled action and remanded to the 342nd District Court, Tarrant County, Texas.

Plaintiff's Motion is **DENIED** as to Plaintiff's claim under the Family and Medical Leave Act.

Signed this the 6th day of Oct., 2015.

UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION TO REMAND – PAGE SOLO